O

# United States District Court
# Central District of California

| | |
|---|---|
| IN RE GAMMA MEDICA-IDEAS (USA), INC., <br><br>　　　　　Debtor. <br><br> CAPITAL RESOURCE PARTNERS LP; ROBERT AMMERMAN; PSILOS GROUP PARTNERS III, LP; PSILOS GROUP PARTNERS IIIA, LP; PSILOS GROUP PARTNERS IIIC, LP; DAVID EICHLER; and ALBERT WAXMAN, <br><br>　　　　　Appellants, <br><br>　　v. <br><br> CHAPTER 11 TRUSTEE, <br><br>　　　　　Appellee. | Case Nos. 2:14-cv-3129-ODW <br>　　　　　 2:14-cv-3474-ODW-** <br><br> **ORDER CONTINUING BRIEFING SCHEDULE** |

　　　　Based on Appellants' Joint Status Report filed on May 29, 2014, the Court hereby **CONTINUES** the briefing schedule on these consolidated appeals **by 21 days**. This continuance of the briefing schedule is based solely on Appellants' representations that settlement of this appeal is likely. Accordingly, Appellants' joint opening brief must be filed **no later than June 25, 2014**. Appellee's brief shall be

filed no later than 14 days after service of the opening brief. Appellants' reply brief shall be filed 14 days after service of appellee's brief.

**IT IS SO ORDERED.**

May 30, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2