# United States District Court
# Central District of California

| | |
|---|---|
| IN RE GAMMA MEDICA-IDEAS (USA), INC., <br><br> Debtor. <br><hr> CAPITAL RESOURCE PARTNERS LP; ROBERT AMMERMAN; PSILOS GROUP PARTNERS III, LP; PSILOS GROUP PARTNERS IIIA, LP; PSILOS GROUP PARTNERS IIIC, LP; DAVID EICHLER; and ALBERT WAXMAN, <br>    Appellants, <br> v. <br> CHAPTER 11 TRUSTEE, <br>    Appellee. | Case Nos. 2:14-cv-3129-ODW <br>     2:14-cv-3474-ODW-** <br> Bk. Case No. 1:12-bk-17469-VK <br><br><br> **ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

  Appellants' opening brief in these consolidated bankruptcy appeals was due on August 29, 2014. But no opening brief has been filed. The Court is aware that the parties have been engaged in settlement discussion for the last few months, but that does not permit the parties to miss deadlines set by the Court. Accordingly,

Appellants are hereby **ORDERED TO SHOW CAUSE**, in writing, **no later than Monday, September 8, 2014**, why they have failed to prosecute their bankruptcy appeals. No hearing will be held. The Court will discharge this Order upon the filing of Appellants' opening brief or a status report regarding settlement. The Court notes that while it encourages settlement of this matter, an additional extension of the briefing schedule will not be granted without a showing that settlement is not only possible but imminent. Failure to comply with this Order may result in sanctions including dismissal of these appeals for failure to prosecute.

**IT IS SO ORDERED.**

September 2, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**