# United States District Court
# Central District of California

| | |
|---|---|
| IN RE GAMMA MEDICA-IDEAS (USA), INC.,<br><br>    Debtor. | Case Nos. 2:14-cv-3129-ODW<br>             2:14-cv-3474-ODW-**<br>Bk. Case No. 1:12-bk-17469-VK |
| CAPITAL RESOURCE PARTNERS LP; ROBERT AMMERMAN; PSILOS GROUP PARTNERS III, LP; PSILOS GROUP PARTNERS IIIA, LP; PSILOS GROUP PARTNERS IIIC, LP; DAVID EICHLER; and ALBERT WAXMAN,<br>    Appellants,<br>        v.<br>CHAPTER 11 TRUSTEE,<br>    Appellee. | **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

Based on the Joint Status Report filed on September 5, 2014 (ECF No. 20), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Wednesday, October 15, 2014**, why settlement has not been finalized.  No hearing will be held.  This Order will be vacated upon the filing of a stipulation to dismiss

these consolidated appeals. All other dates in this action—including the briefing deadlines—are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

September 8, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**